ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 APR 30 PM 3: 17

CLERK C. Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MISAEL TENA BALTAZAR, | ) |
| Petitioner, | ) |
| v. | ) CV 313-091 |
| STACEY N. STONE, | ) |
| Respondent. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** the petition filed pursuant to 28 U.S.C. § 2241 and **CLOSES** this civil action.

SO ORDERED this 30th day of April, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE